**No. 09-10445. Craig E. Mendenhall, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

561 U.S. 1054, 131 S. Ct. 56, 177 L. Ed. 2d 1146, 2010 U.S. LEXIS 5699.

September 3, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1031, 130 S. Ct. 3514, 177 L. Ed. 2d 1100, 2010 U.S. LEXIS 5510.

**No. 09-10578. Kingsley Ariegwe, Petitioner v. Mike Ferriter, Director, Montana Department of Corrections, et al.**

561 U.S. 1054, 131 S. Ct. 56, 177 L. Ed. 2d 1146, 2010 U.S. LEXIS 5708.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 973, 130 S. Ct. 3429, 177 L. Ed. 2d 338, 2010 U.S. LEXIS 4917.

**No. 09-10676. In re Frederick M. Torrence, Petitioner.**

561 U.S. 1054, 131 S. Ct. 56, 177 L. Ed. 2d 1146, 2010 U.S. LEXIS 5720.

September 3, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1023, 130 S. Ct. 3520, 177 L. Ed. 2d 1116, 2010 U.S. LEXIS 5298.

**No. 09-10760. John H. Smith, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center.**

561 U.S. 1054, 131 S. Ct. 56, 177 L. Ed. 2d 1146, 2010 U.S. LEXIS 5715.

September 3, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1032, 130 S. Ct. 3521, 177 L. Ed. 2d 1103, 2010 U.S. LEXIS 5416.

**No. 09-10813. Hopeton H. Haughton, Petitioner v. United States.**

561 U.S. 1054, 131 S. Ct. 56, 177 L. Ed. 2d 1146, 2010 U.S. LEXIS 5692.

September 3, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1016, 130 S. Ct. 3483, 177 L. Ed. 2d 1074, 2010 U.S. LEXIS 5072.

**No. 09-10816. David Hicks, Petitioner v. Federal Bureau of Prisons, et al.**

561 U.S. 1054, 131 S. Ct. 56, 177 L. Ed. 2d 1146, 2010 U.S. LEXIS 5705.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 978, 130 S. Ct. 3442, 177 L. Ed. 2d 347, 2010 U.S. LEXIS 4875.